DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
KATHERINE B. BEARMAN, State Bar #280561
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4256 [Bearman]
Facsimile:     (415) 554-3837
E-Mail:        kate.bearman@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, NIKON DANDRIDGE, MARIA FOSTER-CAZEM, HELGA ZIMMERER, JOE CHANG, SERGEANT BARRY, OFFICER ESCOBAR, OFFICER PUBILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL GOMEZ AND MARTHA GOMEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, NIKON DANDRIDGE, MARIA FOSTER-CAZEM, HELGA ZIMMERER, JOE CHANG, OFFICER TUVERA, SERGEANT BARRY, OFFICER ESCOBAR, OFFICER PUBILL, and DOES 1-20,<br><br>Defendants. | Case No. 21-cv-05394-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE [FRCP 41(A)]**<br><br>Trial Date:     October 2, 2023 |

The undersigned parties, being all the parties who have appeared in this action, STIPULATE pursuant to Federal Rule of Civil Procedure 41(a), that the action on behalf of Plaintiffs Crystal Gomez and Martha Gomez and against Defendants City and County of San Francisco, Nikon Dandridge, Maria Foster-Cazem, Helga Zimmerer, Joe Chang, Officer Tuvera, Sergeant Barry, Officer Escobar, Officer Pubill, and DOES 1-20 is DISMISSED WITH PREJUDICE.

1   It is further STIPULATED that Plaintiffs and Defendants shall each bear their own costs and
2   attorneys' fees.

3   **IT IS SO STIPULATED.**

5   Dated:  February 24, 2023

DAVID CHIU
City Attorney
MEREDITH B. OSBORN
Chief Trial Deputy
KATHERINE B. BEARMAN
Deputy City Attorney

By: */s/ Katherine B. Bearman*
    KATHERINE B. BEARMAN

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, NIKON DANDRIDGE, MARIA FOSTER-CAZEM, HELGA ZIMMERER, JOE CHANG, SERGEANT BARRY, OFFICER ESCOBAR, OFFICER PUBILL

Dated:  February 24, 2023

LAW OFFICE OF DENNIS R. INGOLS

By: */s/ Dennis R. Ingols*
    DENNIS R. INGOLS

Attorneys for Plaintiffs
CRYSTAL GOMEZ and MARTHA GOMEZ
*Pursuant to L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.*

**IT IS SO ORDERED.**

Dated:_____

_____
HONORABLE JOSEPH C. SPERO
United States Chief Magistrate Judge